IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **CHUKWUMA E. AZUBUKO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) 1:05CV00083 |
| | ) |
| **CHIEF JUDGE WILLIAM YOUNG,** | ) |
| | ) |
| **Defendant.** | ) |

### J-U-D-G-M-E-N-T

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's complaint [Pleading No. 2] be, and the same hereby is, **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and that a copy of the recommendation and this Order and Judgment adopting the recommendation be forwarded to the United States District Court for the District of Massachusetts.

                                                    United States District Judge

Date: June 16, 2005